THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v GARY D. LITZENBERGER, Appellant. [924 NYS2d 914]—Appeal from an order of the Genesee County Court (Eric R. Adams, A.J.), entered October 21, 2009. The order determined that defendant is a level three risk pursuant to the Sex Offender Registration Act.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs. Present—Smith, J.P., Peradotto, Lindley, Sconiers and Martoche, JJ.